IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )          4:03CR3073
            v.                   )
                                 )
JUSTIN BROOKS,                   )
                                 )              ORDER
                Defendant.       )
                                 )

        Upon the entry of appearance of Julie B. Hansen as counsel for the defendant,

        IT IS ORDERED:

        The motion to substitute counsel, filing 54, is granted. The clerk shall terminate Carlos Monzon as counsel for the defendant.

        DATED this 22nd day of September, 2005.

                        BY THE COURT

                        s/ David L. Piester
                        David L. Piester
                        United States Magistrate Judge