IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3073 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JUSTIN C. BROOKS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) On the court's own motion, the hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 51) has been rescheduled before the undersigned United States district judge to Thursday, June 8, 2006, **at 1:00 p.m.**, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(2) At the request of the defendant through his counsel, and with the agreement of the government, the defendant may be absent from the hearing on the Rule 35 motion. The Marshal is directed not to return the defendant to the district. The defendant is held to have waived his right to be present.

May 12, 2006.              BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge